UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,                  :

                                                :

                Plaintiff,          :                 25-CV-6325 (JAV)

                                                :

                -v-                :                  ORDER

APPROXIMATELY $2,308,378.00 IN UNITED    :
STATES CURRENCY FORMERLY ON DEPOSIT IN  :
METROPOLITAN COMMERICAL BANK ACCOUNT  :
NUMBER XXXXXX0781, HELD IN THE NAME OF  :
BLUE FLOWER INVESTMENT FUND et al.,    :

                                                :

                Defendants.        :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The Court finds that permitting civil discovery to go forward in this matter will adversely affect the Government's ability to conduct a related criminal prosecution in the Western District of Kentucky, *United States v. Rivas,* Case No. 5:25CR20-BJB (W.D. Ky.),  The Government's motion for a stay pursuant to 18 U.S.C. § 981(g)(1) is therefore granted.

       The Government shall provide the Court with a status update within 90 days of the date of this Order.  The Clerk of Court is directed to stay this matter and to terminate ECF No. 17.


       SO ORDERED.

Dated: March 17, 2026
       New York, New York                           _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge