Sheppard

August 26, 2026

Michael J. Gilbert
+1.212.896.0611
mgilbert@sheppard.com

MEMO ENDORSED

**VIA ECF/PACER**

Hon. Jeanette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *U.S. v. Approximately $2,308,378.00 in United States currency formerly on Deposit in Metropolitan Commercial Bank Account Number XXXXXX0781, held in the name of Blue Flower Investment Fund; et al.*, 1:25-cv-06325-JAV

Dear Judge Vargas:

Claimant Ivo Rojnica and Plaintiff United States write to respectfully request that the civil forfeiture matter be stayed until September 30, 2026 pursuant to 18 U.S.C. § 981(g)(2). Mr. Rojnica's request for a stay is based on the fact that he is the subject of a related criminal investigation in the Western District of Kentucky, *United States v. Rivas et al.*, Case No. 5:25CR20-BJB (W.D. Ky.) involving similar parties, witnesses, and conduct.

Extending the stay until September 30, 2026 is appropriate under 18 U.S.C. § 981(g). As detailed previously, ECF No. 32, the conduct at issue in the *Rivas* investigation concerns similar parties, witnesses, facts, and circumstances as those outlined in the forfeiture complaint. Requiring Mr. Rojnica to continue the forfeiture proceeding would also burden his right against self-incrimination in the related criminal case as he is both a civil claimant and the subject of a criminal indictment. By answering the forfeiture complaint, Mr. Rojnica would be required to admit or deny certain allegations that are relevant to the criminal investigation. Given the ongoing discussions between the parties related to the criminal investigation, extending the stay until September 30, 2026 would serve to protect Mr. Rojnica's right against self-incrimination.

Mr. Rojnica moved to stay the matter pending the resolution of the related criminal investigation. *See* ECF No. 32. In that Motion, Mr. Rojnica noted that Plaintiff United States would not agree to stay the matter beyond August 31, 2026. However, since filing that Motion, Mr. Rojnica and Plaintiff have engaged in further discussions regarding the related criminal investigation. During the course of those discussions, Plaintiff advised that it consented to an additional extension of the current stay. To that end, Counsel for Plaintiff United States, Yuliana Reyes, Esq., has authorized me to advise the Court that the United States assents to the request to extend the stay until September 30, 2026.

For the reasons set forth above, the parties respectfully submit that extending the stay until September 30, 2026 is appropriate under 18 U.S.C. § 981(g). If the Court extends the stay, the parties will provide a status update before September 30, 2026.

Thank you for your consideration of this matter.

Respectfully Submitted,

By: s/ Michael Gilbert
Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

The Court finds that claimant satisfies the requirements of 18 U.S.C. 981(g)(2). This action will continue to be stayed until **September 30, 2026**. The parties shall file a status report on **September 28, 2026.** The Clerk of Court is directed to terminate ECF Nos. 32 and 33.

SO ORDERED.
Dated: August 27, 2026

Jeannette Vargas
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE